for argument is 20-1742 Green v. Monrovia Nursery Company. Mr. Reich, whenever you're ready. Thank you, Your Honor. May it please the Court, this is Lance Reich. I'm counsel for the Greens. This case involves a breach of contract. The contract was for the sale and propagation of mandevilla plants. Mandevillas are decorative vines that are mostly temperate to the south. And the Greens were propagating mandevilla in their nursery in Florida for many years, but the key time here is 1996. So mandevillas have been propagated for 100 years, and certain varieties of them have been propagated for a very long time. One of them is called Alice DuPont. And two factual items that might help the Court understand what's going on here, if it's not familiar with the terms, all of these plants, mandevillas we'll be talking about, have the same scientific name. They all start with mandevilla cross amabilis, and then they have the name of the inventor or the discoverer of the plant after it. So when you hear Rita Marie Green, Moni Monri, those are actually part of the scientific name of the plant, of the variety, and recited in the patents that underlie all these plants. The second key fact is that these plants are asexually propagated. That is done because they have to maintain the traits that these other plants for that are desirable through different species, through different iterations of the species in sales and nurseries. So this is not about textual propagation. And so the key trait that the Greens discovered in 1996 was in Alice DuPont, which had been propagated for the better part of 60 to 70 years, that a traditional mandevilla had a single corolla of petals. A corolla of petals is basically like a trumpet. Think of it like that, where one layer of petals goes around, and very decorative, very big flowers, very pretty. But they discovered and isolated, starting in 1996, a double flower, a true double flower of a corolla, which has basically a flower within a flower, the classic double flower phenotype. And they isolated it, stabilized the mutation branch. They named it Rita Marie Green. They went to Monrovia, starting in 1997, which Monrovia is one of the biggest nurseries in the world, based in California, to see if they're interested in propagating and selling the new variety under license. Monrovia was. So they entered an agreement, signed in 1998, for Monrovia to sell and propagate the Rita Marie Green variety. At the time, Monrovia had many, many plants, many mandevilla. They also had one called Monite. Monite was another type of mandevilla that sort of had a double flower corolla. As part of the licensing agreement, Monrovia and the Greens filed patent applications for the Rita Marie Green variety. They ultimately issued a utility patent and a plant patent for Rita Marie Green. Once that happened, and unbeknownst to the Greens, the Monrovia then allegedly finds and propagates its own species of a plant, having a double flowering, double corolla mandevilla called Monre. They filed their application. This is Joe Sorrento. Can I just ask a, I guess it's kind of a record question. Monrovia wrote and prosecuted the Green patent applications. Is that right? Yes, they paid for and prosecuted on behalf of the Greens. It was part of the licensing agreement. So the Rita Marie Green plant patent, the 787, this is at A57, describes the, seems to describe the Monite as well as the Rita Marie Green variety as having double flower structure. On column two, lines seven through nine, this double flower structure is unique among mandevilla plants and is a characteristic of all Rita Marie Green variety plants, including the variety Monite. So why, which I gather Monrovia was the assignee and wrote that, why doesn't that confirm what seemed, what Judge Klausner determined and the pictures seem to show that the Monite is like the Rita Marie Green, also a double flower structure? So your honor, actually it implies the opposite. So Monite was known by Monrovia at the time, signed the licensing agreement with the Greens. It's actually reflected in the licensing agreement with the Greens, but it doesn't apply to the licensed plants as it were. And the problem is that this is one of two major errors that this report made here. The first one is the, it says double flowers, but if you wanted to drill into it technically, which the expert in the case does, what Monite has is a single spiral in the corolla that goes around. And so it's a visual double flower, but not a true double corolla, double flower. And I'm using very basic terms here, but there's very specific technical terms that Dr. Weigel uses of the plaintiff expert to describe the difference. And so when you realize the key does, this is the expert, your expert, and where does he describe the characteristics of the Monite? So he goes in his, I'll pull up his opinion. Give me joint appendix page references, please. Sure, sure. So he talks about, let's see, he uses very technical terms, mind you, but he talks about what's called a AG homolog mutation, which that is at appendix, let's see, it's in his expert report, let's see, this is an expert report from 265 to 268, and he specifically talks about the homolog and asymmetrical loads and whatnot at, let's see. Well, like I'm looking at 265 under the photographs, the four photographs, in which he talks about the double flower, seemingly in reference to AG homologs, produces the classical double flower phenotype. And then he seems to refer to the green, the Monrite, and the Monite. So he's talking about the hybrid variety. So the homolog being casual, he also talks about the true double flower, what he refers to as a classical double flower. And so he does say this in a very technical manner, and again, I'm oversimplifying it, but the key is that the true double flower is the trait for which the green sold the... Mr. Reich, this is Judge Chen. Where does your expert say the term true double flower? Well, let me, I'm looking for it right now, Your Honor. Because I don't remember ever seeing that. Okay, so he says that... What I do recall is that A266, at the very top, or about maybe eight lines down or so, less than that, from the discussion of double flowers and other species, it is obvious that mutations in an AG homolog are the most likely causes of the double flowers reported for descendants of the mandevilla hybrid variety Alice Dupont, the sports Rita Marie Green, Monrite, and Monite, with a small chance that other genes are responsible. So to me, you know, I'm no botanist, but it looks like he's clearly lumping in Rita Marie Green, Monrite, and Monite as all being, quote unquote, double flowers. I see no distinction between Monite, on the one hand, being one thing, and then Rita Marie Green and Monrite being a separate thing that are, quote unquote, true double flowers, and Monite being merely a non-double flower. I don't see that. So he talks about the inactivation. This is on 255, where Your Honor is referencing. He talks about the inactivation of the AG homologs and produces the classic double flower phenotype. And again, one of the problems is the first time... And then again, just as on the quote from 8266, I just said there, he again sweeps in Rita Marie Green, Monrite, and Monite all together. Well, he does that, Your Honor, because he's talking about... It's a technical report. He does have his own declaration where he bumps in all three flowers in the same category as a classical double flower phenotype. So... May I finish, Your Honor? Yes, please respond. So I would also point, Your Honor, to the differences in the patents described on the traits of the Monite, Rita Marie Green, and Monrite, of what the physical differences are between them. And the fact that Dr. Riegel didn't quite put this in the terms the court was describing, they're different things. And Dr. Riegel, he's unrebutted as an expert. Thank you. Okay. Mr. Dillard? Good morning, Your Honors. David Dillard for Defendant Apolli, Monrovia Nursery Company. If I could just follow up on the discussion you were having with Mr. Reich. The Monite is described in the... Well, its plant patent, which is beginning Appendix 195, and specifically 196 under flowers, that the structure is funnel-shaped, has outer five-parted corolla limbs and five-parted pedaloids, which is the same structure that the Rita Marie Green flower has. Can I... This is just... Can I ask you, on the plant patent for the Monrite, 290, this is on page 864, and I think also on page 202, I think it appears twice in the Joint Appendix, but at the bottom of Column 1, and this is again, this is Monrovia's patent, it refers to the Monite as having single flowers with five petals. What do I make of that? Anything? I don't think green makes anything of it. Maybe it just means it has two of those, each one with five flowers, with five petals, but there it uses the language single flowers to refer to the Monite, or Monite. I found the site and it does say that, but I think if, for example, on our responsive brief on page 2, we've got the three flowers in question, the Rita Marie Green, Monite, and Monre, all shown, and you can see for both the created by petaloids within the throat of the larger outer ring of petals. I guess the reason I'm trying to figure this out is, in a way, this is a kind of a single-issue case. That is, the expert for the other side did a study in which he said the chances are near zero that this Monre pattern or structure came from the Alice Dupont as opposed to the Rita Marie Green, and Judge Klozner said that simply doesn't ask the right question because there's the allegation from the defendant here is that it actually came from a third thing, namely the Monite, which is never discussed, or not never discussed, it is mentioned, but is not the subject of a probability comparison in Dr. Weigel. That objection has force only if one starts with the premise that the Monite has the double flower or says something like it as opposed to being more likely Alice Dupont without it. The plant patent for the Monite, which is... Mr. Dillard, could you speak up a little? I'm sorry. The plant patent for the Monite is, the inventor was Sperling, it's PP12,123 appendix 195, indicates just under the summary of the invention that the Monite was selected for a showy cluster of pink petaloids within the flower throat, appearing as a pink flower within a larger pale pink flower. So, I mean, this was the... Well, as I say, the Greens do not make anything of this reference in the Monre 290 plant patent. But do I understand that, I mean, the basic logic of the ground of Judge Klausner that there's only one piece of evidence on the Green side and that evidence doesn't count for anything because it doesn't ask the right question? What is the comparative chance of the Monre coming from the Rita Marie Green versus the Monite? Right. Dr. Weigel does not address the odds of the Monre coming from the Rita Marie Green or the Monite. In fact, he doesn't, in his declaration, he doesn't even mention the Monite. No, but he does in the expert report, and he does it in a way that suggests it, too, is a double flower, which does add to the mystery of why he doesn't do the comparative probability analysis. It does. And then he goes through and explains why he can't do certain things, and so he looked at the likelihood of an independent occurrence of a double flower mutation in the Alice Dupont. That's the parent of the Rita Marie Green and the parent of the Monite. And from the evidence that we've provided, the photographic evidence, the sworn statements, eyewitnesses that found the Monre flower on a branch of a Monite, the Weigel just didn't address the Monite at all, or it didn't address the relative possibilities of the Monre coming from the Monite versus the Rita Marie Green. And the Monre is quite different in the looks. It has 20 petals instead of the 10 that the Rita Marie Green has and the Monite has. The one commonality would be with Monite because the Monre is a light pink like the Monite, whereas the Rita Marie Green is reddish purple or dark pink. And the other thing that Dr. Weigel didn't address was the differences between the and a ruffle look. It looked considerably different than either of the Monite or Rita Marie Green. It doesn't have a flower within a flower. So, you know, there was really nothing to challenge any of the uncontroverted facts that Monrovia laid out in its summary judgment motion. And, you know, without a challenge, they should be considered to be true. And we have the backup declarations and actual photographs that establish it. Is there any other questions that I can respond to on that? Anything further, Mr. Dillwood? Not unless the court has any questions. I think all of the other claims are pretty straightforward. And, you know, we just rely on our brief for those. Okay. Thank you. All right. Thank you very much. Thank you. Mr. Rice? Thank you, Your Honor. So, first and foremost, the fundamental error of saying you can somehow know what the mutation rate of Monite is is exactly what the entire report talked about. It talks about the fact that all we know for sure is one mutation to a double corolla, double flowering mandevilla, Alice Dupont, occurred in about 60 to 80 years. And we do know, and this report talks about this at length, what the general mutation rate to gain a function of a double, true double corolla is. And I think it's without dispute that Monire is different enough with this, whatever it is, if we're going to argue whether it's a single spiring corolla or a double flowering double assorted corolla, that Monire has that same structure that Rita Marie Green does. And only knowing that information, that's why Dr. Weigel gives a range that the chances of that specific mutation showing up in the manner that is said in his patents that the way it's testified to is between 1 in 175 million and 1 in 113 billion. And which is mathematically almost certain that those are related plants that either the same or genetically related. And his testimony is unrebutted. The defendants have no expert witnesses. And the fact that the court's not following Mendelian genetics on how this thing is expressed and what you can say. Mr. Reich, again, you know, it appears that all of Dr. Weigel's statements are premised on an assumption when he makes this statistical analysis that the Monire is not a double flower. But that assumption, he can't hold that because he even acknowledges and admits that it's a double flower. So I don't know what to do with the expert report then. Well, Your Honor, again, he's using his own words. So if you go to where you're citing earlier about 265 and 266, what he calls the classical double phenotype, he says classical double flower with multiple whorls, which I put in corollas, of interior petals instead of a re-initiation of entire flower. Re-initiation of entire flower is single corolla coming around the swirl. And again, if you were to lump, okay, Monire is the same as Monire is the same as this, maybe with some, the same as Marie de Marie Greene, with some distinction, without distinction, then the patents all disagree. The patents talk about the different structures. As the court noted, the patent talks about five petals here. And the key is, you know, that no one's arguing that Monire and Marie de Marie Greene don't have the same structure and that the same valuable structure for which Monrovia entered a licensing agreement. And the fact, the best we can do is with the most, probably one of the most well-respected, well-known geneticists in the world saying, hey, the best I can tell you is knowing all this, here's the range of likelihood that this, that trait that's in Monire will be in this trait from Marie de Marie Greene, all from Alice DuPont. And that's unrebutted. So here are attorney arguments and some other opinions. Well, you should ask this, you should ask that. If you need to know who to ask to tell you what mathematically is possible, Dr. Weigel is a person. And this has all been decided on summary judgment with no testimony, no argument, no nothing. And so that's, you know, the incorrect standard. And the court should reverse that and see if Dr. Weigel, as a finder of fact, will weigh Dr. Weigel's testimony and what can and can't be known versus the employees of Monrovia. How about as to those employees, Mr. Resendez and Mr. Wong, did you ever depose them? So we did not, your honor. And because what they say could still be 100% correct in their own view. This, this doesn't come from the Monite. That's what they believe that they believe it does. If they saw what they saw, you know, they said what they said. May I finish, your honor? Of course. Yeah. So they saw what they saw and they said what they said. It doesn't, what plaintiff is saying doesn't imply malice. The Max Planck Institute itself has three to five percent cross-contamination of plants at their extreme facilities. So it's entirely possible that a Marina Marie Greene walked over to a Monite or confused the plants or whatever. So it doesn't imply malice. It doesn't imply they're necessarily wrong in what they think they observed. But the mass of trade expression says otherwise. So thank you. Thank you. We thank both sides. And the case is submitted. That concludes our morning. The honorable court adjourned until tomorrow morning at 10 a.m.